**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LARRY L. JONES** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:03CV861** |
| | § | |
| **GEORGE COUNTY SCHOOL DIST.** | § | **DEFENDANT** |

### JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury on the 21st day of March 2006,

Honorable Louis Guirola, Jr., United States District Judge, presiding, wherein Plaintiff, Larry

L. Jones and the Defendant appeared and announced ready for trial.

A jury having been duly selected, impaneled and sworn, and having heard the evidence,

arguments of counsel and charge of the court, on their oath did, on the 22nd day of March 2006,

for their verdict and in response to the definitions, instruction, and questions submitted to them

by the Court, make finding of fact as follows:

**Question number one**

Do you find by a preponderance of the evidence that the Defendant intentionally discriminated
against Plaintiff Larry Jones, based upon his race?

Please answer yes or no:       "NO"

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Plaintiff, Larry L.

Jones, take nothing, that the action be dismissed on the merits.

**SO ORDERED AND ADJUDGED** this the 23th day of March, 2006.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE